# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174 WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> PROSTAR SURFACES, INC., a Wisconsin Corporation, <br><br> Defendant. | No. 18 CV 4346 <br><br> Judge: Norgle <br><br> Magistrate Judge Gilbert |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, by and through their attorneys, and in their Motion for Judgment in Sum Certain, state as follows:

1. Plaintiffs filed their Complaint on May 3, 2018, seeking a judgment on an ERISA fringe benefit contributions audit.

2. Plaintiffs served Defendant on July 25, 2018.

3. Defendants failed to answer or otherwise plead to Plaintiffs' Complaint within the 21 days afforded by rule.

4. Defendants are in default.

5. Per the affidavit of Plaintiffs' auditor, Defendant is delinquent to the Plaintiff Funds in the following amounts: $25,682.44 in contributions; $2,568.24 in liquidated damages; and $1,389.10 in audit costs. See Ex. A.

6. Per the affidavit of Plaintiffs' counsel, Plaintiffs have incurred $1,650.00 in costs and attorneys' fees in the instant action and the attempted collection of Defendant's delinquency. See Ex. B.

WHEREFORE, Plaintiffs ask this Court to enter the Order attached to this Motion as Exhibit C.

    Respectfully submitted,

    **TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS, et al.**

    By:   s/Andrew S. Pigott
          One of their Attorneys

Donald D. Schwartz
Paul M. Egan
Andrew S. Pigott
**ARNOLD & KADJAN, LLP**
35 E. Wacker Dr., Ste. 600
Chicago, Illinois 60601
(312) 236-0415